**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Unity Envirotech of Illinois LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Centilion Fertilizer Company** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-3372386** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1557 County Road 1400 N**<br>**Henry, IL 61537-9402**<br>Number, Street, City, State & ZIP Code | **c/o Barron Business Consulting**<br>**P.O. Box 78518-0518**<br>**Indianapolis, IN 46278-0518**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Marshall**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **http://centilionfertilizer.com/**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Unity Envirotech of Illinois LLC**                                      Case number (*if known*) _____
         Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
          __3253__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| Debtor | **Henry Fertilizer Holdings, LLC** | Relationship | **Parent** |
| District | **District of Delaware** | When | **3/12/21** | Case number, if known | _____ |

Debtor  **Unity Envirotech of Illinois LLC**_____  Case number (*if known*) _____

     Name

**11. Why is the case filed in *this district?***  Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Unity Envirotech of Illinois LLC** | | Case number *(if known)* | |
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/12/2021
                       MM / DD / YYYY

X  *Bernadette M. Barron*                      **Bernadette M. Barron**
Signature of authorized representative of debtor    Printed name

Title    **Authorized Agent**

**18. Signature of attorney**

X  *[signature]*                                Date **03/12/2021**
Signature of attorney for debtor                      MM / DD / YYYY

**Mark Minuti 2659**
Printed name

**Saul Ewing Arnstein & Lehr LLP**
Firm name

**1201 North Market Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 421-6840**        Email address    **Mark.Minuti@saul.com**

**2659 DE**
Bar number and State

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE SOLE MEMBER OF**
**UNITY ENVIROTECH OF ILLINOIS, LLC**

The undersigned, being the sole member (the "Member") of Unity Envirotech of Illinois, LLC, a Florida limited liability company (the "Company"), hereby waives any and all requirements for notice of the time and place of a special meeting of the Member of the Company, and does hereby agree and consent in writing, without a meeting and in lieu of a special meeting thereof, and in accordance with the Florida Limited Liability Company Act, to the adoption of, and does hereby adopt, the following resolutions and the actions specified therein:

**WHEREAS**, the Member has considered the financial and operational conditions of the Company's business; and

**WHEREAS**, the Member has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Member has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, and other interested parties and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that Bernadette M. Barron of Barron Business Consulting, Inc., the Company's Financial Advisor, and any other officer or person designated and so authorized to act (each, an "Authorized Person") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company to (a) execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and (e) take and perform any and all actions to accomplish a winding up, dissolution, or any other liquidation process for the Company under state or federal law if necessary; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Saul Ewing Arnstein & Lehr LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the requisite duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are

hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or the Managers of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and here by are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has executed this Unanimous Written Consent as of the 12th day of March, 2021.

SOLE MEMBER

Henry Fertilizer Holdings, LLC

By: _____

Name: Andy Spires

Title:  Secretary

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Delaware

In re **Unity Envirotech of Illinois, LLC**

_____
Debtor(s)

Case No. _____

Chapter 7 _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 70,000.00[1] |
    | Prior to the filing of this statement, I have received | $ 70,000.00 |
    | Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:
    ■ Debtor          □ Other (specify)

3.  The source of the compensation paid to me is:
    ■ Debtor          □ Other (specify)

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules and statement of affairs;
    c.   Representation of the debtor at the meeting of creditors.

    By agreement with the debtor(s), the above-disclosed fee does not include the following service: **Any post-petition work beyond representation of the debtors at the 341 creditors meeting, including representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 3/12/21

Mark Minuti (DE Bar No. 2659)
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6840 Fax: (302) 421-5873
Mark.Minuti@saul.com

---

[1]   _See also_ Disclosure of Compensation of Attorney for Debtor Unity Envirotech of Illinois, LLC for amounts paid to Saul Ewing Arnstein & Lehr LLP in connection with the preparation of bankruptcy filings for Unity Envirotech of Illinois, LLC and Henry Fertilizer Holdings, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Unity Envirotech of Illinois, LLC | ) | Case No. 21-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" and, collectively with the Schedules, the "Schedules and Statements") filed herewith by the above captioned-debtor (the "Debtor") in the above-captioned case were prepared pursuant to section 521 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor and have not been subject to audit, review or any similar financial analysis. While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, there can be no assurance as to their accuracy and completeness, and the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Debtor has used its best efforts to present the information set forth in the Schedules and Statements from its books and records maintained in the ordinary course of business. The Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.    Description of the Cases and "as of" Information Date. Unless otherwise indicated in the Schedules or Statements or herein, the asset and liability information provided is as of the date upon which the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code (the "Petition Date") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.    Basis of Presentation. Although, as noted above, the Debtor has used its best efforts to present accurate information, the amount of the Debtor's actual assets and liabilities could differ from the amounts set forth in the Schedules and Statements. In addition, some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined," or, with respect to certain assets, may be listed at book value. Given the differences between the information requested in the Schedules and Statements and the presentation of the financial information under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

3.    <u>Summary of Significant Reporting Policies</u>.   The following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

(a)    <u>Accounts Receivable</u>.   Accounts Receivable generally are presented on a gross basis and, notwithstanding anything set forth in the Schedules and Statements to the contrary, are not net of any allowance for doubtful accounts, which are unknown.

(b)    <u>Causes of Action</u>.   Although the Debtor has attempted to list on Questions 74 and 75 of Schedule A/B, all claims of the Debtor, if any, certain claims may have been inadvertently omitted.  The Debtor reserves all rights with respect to any such claims or causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(c)    <u>Executory Contracts</u>.   The Debtor has not listed executory contracts as assets in its Schedules and Statements; rather, the Debtor's executory contracts have been set forth in Schedule G.  See Global Note 3(h), below, for additional notes regarding the Debtor's executory contracts.

(d)    <u>Interests in Subsidiaries</u>.   The Debtor's Schedule A/B sets forth its ownership interests, if any, in affiliates.  The fair market value of such ownership interests is dependent upon numerous variables and factors and, accordingly, is neither known nor provided.

(e)    <u>Payments Made within 90 Days prior to the Petition Date and Payments to Insiders Within One Year of Petition Date</u>.   Payments made in the ordinary course of the Debtor's business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the SOFA question 3.1.  Payments made to certain professionals of the Debtor are listed in response to SOFA question 11 rather than SOFA question 3.1.

(f)    <u>Schedule D - Secured Claims</u>.   The Debtor has not included on Schedule D claims that may be secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights.  Such counterparties, if any, have been listed on Schedule F.  The Debtor reserves the right to dispute or challenge the extent, validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Secured claim amounts have been listed on Schedule D without regard to the value of assets securing such claims.  No attempt was made by the Debtor to estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation.  No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

(g)    <u>Schedule E/F – Priority and Unsecured Claims</u>.   Although the Debtor may

have scheduled claims of various creditors as priority claims, the Debtor reserves all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The claims of individual creditors for, among other things, goods, services, or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor, or any additional amounts that might be owed to such creditor as a result of either unbilled or unprocessed invoices. The dollar amounts listed may also be exclusive of contingent and unliquidated amounts. The Debtor expressly incorporates by reference into Schedule E/F all parties to pending and potential pending litigation with the Debtor, as listed in the Debtor's Statements, as contingent, unliquidated, and disputed claims to the extent not already listed in the schedule.

(h)    Schedule G - Executory Contracts/Unexpired Leases.    While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. Without limitation of the foregoing, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, supplemented or terminated from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed therein. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the Debtor's executory agreements may not have been memorialized in writing and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which the Debtor is a party is not executory. Parties to executory contracts and unexpired leases were not listed on Schedule E/F, except where past due amounts were recorded in the Debtor's accounts payable. The Debtor has not listed on Schedule E/F landlords and executory contract counterparties which may have claims related to contract/lease rejection or other damages.

4.    Statement of Financial Affairs.    While every reasonable effort has been made to ensure the accuracy of the Statement of Financial Affairs regarding the Debtor's operations, inadvertent errors or omissions may have occurred. Without limitation of the foregoing:

(a)    Clarification of Payment to Insider.    Questions 4 and 24 of the Statement of Financial Affairs include the disclosure that the Debtor made a payment to insider Turning Rock Partners in the amount of $3,809,341.44 on April 24, 2020. The payment was originally part of a $4.5 million facility provided by Turning Rock Partners to the Debtor. Rather than upsizing and extending the existing facility, a full refinance was completed. The new facility provided a longer maturity and a total of approximately $8 million in principal. So while there was a payment made from the Debtor to Turning Rock Partners, the net movement of funds was from Turning Rock Partners back to the Debtor.

(b)    <u>Environmental Matters</u>.  Questions 23 and 24 of the Statement of Financial Affairs include the disclosure that the Debtor may have environmental liability under the Illinois Environmental Protection Act.  The Debtor has worked with the Illinois Environmental Protection Agency regarding the alleged violations.

5.    <u>Exculpation</u>.  The Debtor and its agents, attorneys and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While every reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

6.    <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name    **Unity Envirotech of Illinois LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/12/2021      X *Bernadette M. Barron*
                                    Signature of individual signing on behalf of debtor

                                  **Bernadette M. Barron**
                                  Printed name

                                  **Authorized Agent**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Unity Envirotech of Illinois LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $    **2,138,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $    **3,247,005.17**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................... $    **5,385,005.17**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **23,256,557.70**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$    **12,940,135.43**

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b      $    **36,196,693.13**

**Fill in this information to identify the case:**

Debtor name **Unity Envirotech of Illinois LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Operating Bank Account** | 9621 | $0.00 |
| 3.2. | **MidAmerica National Bank** | **Operating Account** | 7242 | $21,112.76 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $21,112.76 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

|  | **Utility Deposit with Ameren Illinois**<br>**Account Number: 440895026** | |
| --- | --- | --- |
| 7.1. | | $6,882.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**
Name

Case number *(If known)*

9.      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$6,882.00

<table>
<tr><td colspan="2">Part 3:    Accounts receivable</td></tr>
</table>

10. **Does the debtor have any accounts receivable?**

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **AL2(SO4)3  ALUMINUM SULFATE (ALUM)** | | $0.00 | At market value | $7,480.00 |
| **BIOMAX  BIO-MAX COATING** | | $0.00 | At market value | $4,529.00 |
| **DUSTROL COATING** | | $0.00 | At market value | $14,212.76 |
| **H2SO4  SULFURIC ACID** | | $0.00 | At market value | $64,865.79 |
| **HD-100 COATING** | | $0.00 | At market value | $25,088.75 |
| **NH3  ANHYDROUS AMMONIA** | | $0.00 | At market value | $3,558.80 |
| **PALLET** | | $0.00 | At market value | $1,143.25 |
| **SAND** | | $0.00 | At market value | $100.00 |
| **SLIPSHEET 48X40 ECT 32** | | $0.00 | At market value | $307.02 |

Debtor    **Unity Envirotech of Illinois LLC**                    Case number *(If known)* _____
Name

| Bag Supersack | | $0.00 | At market value | $0.00 |
|---|---|---|---|---|

20.    **Work in progress**
**Work in Process -**
**RERUN**                                      $0.00    At market value                $457,600.00

**Work in Process -**
**TAILINGS  NOT**
**WRAPPED**                                    $0.00    At market value                $223,000.00

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
**DUMPOUT RERUN**                              $0.00    At cost                        $65,900.00

23.    **Total of Part 5.**                                                              | $867,785.37 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Unity Envirotech of Illinois LLC**                          Case number *(if known)* _____
         Name

**5 2 drawer file cabinet**
**19 4 drawer file cabinet**
**4 adding machine**
**1 back up**
**3 battery backup**
**1 battery hard drive**
**1 bench**
**1 blue print cabinet**
**9 bookcase**
**1 bulletin board**
**1 conference table**
**1 console table**
**14 desk**
**10 desk rolling chair**
**35 folding chairs**
**1 gas grill**
**2 glass board**
**10 hard drive**
**5 key box**
**17 keyboard and mouse set**
**4 metal shelving unit**
**1 microwave**
**2 mirrors**
**14 monitor**
**9 phone**
**1 phone cordless head set**
**7 plastic shelf unit**
**6 printer**
**1 refrigerator**
**1 serving cart**
**1 set of 6 lockers**
**1 signature pad**
**1 stand up for desk**
**25 visitors chairs**
**3 white board**
**4 wood table**

| | | | |
|---|---|---|---|
| **10 wooden end table/console table** | $0.00 | At 10% of cost | $823.77 |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Office Equipment - Telephone System** | $0.00 | At 10% of cost | $89.00 |
| | **Office Equipment - HP Color Laser Printer/Copier** | $0.00 | At 10% of cost | $399.50 |
| | **Office Equipment - Two Way Radios - Ragen (10)** | $0.00 | At 10% of cost | $335.26 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $1,647.53 |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Unity Envirotech of Illinois LLC**                 Case number *(If known)* _____
Name

    ☐ No
    ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Pickup Ford 350 Year 2008** | **$0.00** | **At 10% of cost** | **$864.50** |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Assets not in service - Green Box Recycling<br>INV:80311** | **$0.00** | **At cost** | **$280,000.00** |
| **Laboratory Equipment - Hot Plate Talboys** | **$0.00** | **At 10% of cost** | **$15.00** |
| **Laboratory Equipment - Optical Emission<br>Spectrometer Agilent 700 Series ICP-OES** | **$0.00** | **At 10% of cost** | **$2,060.00** |
| **Laboratory Equipment - Spectrophotometer<br>Thermo Scientific Genesys 10s VIS** | **$0.00** | **At 10% of cost** | **$100.00** |
| **Laboratory Equipment - Nitrogen Analyzer<br>Leco FP 528** | **$0.00** | **At 10% of cost** | **$600.00** |
| **Laboratory Equipment - Leco FP 528** | **$0.00** | **At 10% of cost** | **$600.00** |
| **Laboratory Equipment - Peristaltic Pump Cole<br>Parmer Masterflex L/S** | **$0.00** | **At 10% of cost** | **$55.00** |
| **Laboratory Equipment - Laboratory Oven<br>Quincy Lab 40** | **$0.00** | **At 10% of cost** | **$49.00** |
| **Laboratory Equipment - Nitrogen Analyzer<br>LEC FP 528** | **$0.00** | **At 10% of cost** | **$600.00** |

Debtor     **Unity Envirotech of Illinois LLC**                          Case number *(If known)*
                Name

| | | | |
|---|---|---|---|
| **Laboratory Equipment - Analytical Balance Denver Instruments M-220** | $0.00 | At 10% of cost | $30.00 |
| **Laboratory Equipment - Moisture Analyzer Mettler Toledo LJ16** | $0.00 | At 10% of cost | $38.00 |
| **Laboratory Equipment - Ph/Mv/Temp/ISE Meter Fisher Scientific XL250** | $0.00 | At 10% of cost | $38.00 |
| **Laboratory Equipment - Stirrer Thermo Scientific Cimarec** | $0.00 | At 10% of cost | $15.00 |
| **Laboratory Equipment - Stirrer Thermo Scientific Cimarec** | $0.00 | At 10% of cost | $15.00 |
| **Laboratory Equipment - Fume Hood Labconco X-Stream** | $0.00 | At 10% of cost | $600.00 |
| **Laboratory Equipment - Leco Machine** | $0.00 | At 10% of cost | $781.29 |
| **Packaging Equipment - Palletizer System** | $0.00 | At 10% of cost | $1,000.00 |
| **Packaging Equipment - Bagging System** | $0.00 | At 10% of cost | $19,300.00 |
| **Fertilizer Manufacturing - (2) Sulfuric Tanks 500 Gallons** | $0.00 | At 10% of cost | $3,785.70 |
| **Fertilizer Manufacturing - (2) Anhydrous Ammonia Bullet Storage Tanks 75 Tons** | $0.00 | At 10% of cost | $23,660.60 |
| **Fertilizer Manufacturing - (3) Phosphoric Acid Tanks 1500 Tons** | $0.00 | At 10% of cost | $56,785.40 |
| **Fertilizer Manufacturing - Material Elevator System 3 Position and 3 Infeed Hoppers** | $0.00 | At 10% of cost | $17,035.60 |
| **Fertilizer Manufacturing - Granulator** | $0.00 | At 10% of cost | $31,547.40 |
| **Fertilizer Manufacturing - Rotary Dryer System, Natural Gas** | $0.00 | At 10% of cost | $83,600.70 |
| **Fertilizer Manufacturing - Lumb Crushers** | $0.00 | At 10% of cost | $3,785.70 |
| **Fertilizer Manufacturing - Dryer Elevator** | $0.00 | At 10% of cost | $11,357.10 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Unity Envirotech of Illinois LLC**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| Fertilizer Manufacturing - Scalper Screen System | $0.00 | At 10% of cost | $26,499.80 |
| Fertilizer Manufacturing - Product Bin | $0.00 | At 10% of cost | $1,892.80 |
| Fertilizer Manufacturing - Cooler Feed Elevator System With Cooler Conveyor | $0.00 | At 10% of cost | $20,821.30 |
| Fertilizer Manufacturing - Coating Storage Supply Tank Insulated | $0.00 | At 10% of cost | $5,678.50 |
| Fertilizer Manufacturing - Finished Product Rotary Cooler System | $0.00 | At 10% of cost | $75,713.80 |
| Fertilizer Manufacturing - Cooler Discharge Conveyor | $0.00 | At 10% of cost | $5,678.50 |
| Fertilizer Manufacturing - Rotary Coating Drum | $0.00 | At 10% of cost | $20,505.80 |
| Fertilizer Manufacturing - Finishing Screens | $0.00 | At 10% of cost | $1,892.80 |
| Fertilizer Manufacturing - High Speed Finished Goods Conveyor | $0.00 | At 10% of cost | $9,464.20 |
| Fertilizer Manufacturing - Cage Mills | $0.00 | At 10% of cost | $18,928.50 |
| Fertilizer Manufacturing - Cooler Scrubber and Associated Cyclone | $0.00 | At 10% of cost | $61,517.50 |
| Fertilizer Manufacturing - Dryer Scrubber and Associated Cyclone | $0.00 | At 10% of cost | $61,517.50 |
| Fertilizer Manufacturing - Granulator Scrubber and Assocated Cyclone | $0.00 | At 10% of cost | $33,124.80 |
| Fertilizer Manufacturing - Recycle Drag Conveyor System | $0.00 | At 10% of cost | $4,732.10 |
| Fertilizer Manufacturing - Ligno Tank | $0.00 | At 10% of cost | $3,785.70 |
| Fertilizer Manufacturing - Mud Tanks | $0.00 | At 10% of cost | $1,892.80 |
| Fertilizer Manufacturing - Granulator Tank | $0.00 | At 10% of cost | $2,271.40 |
| Fertilizer Manufacturing - Processed Water Tank | $0.00 | At 10% of cost | $4,164.30 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Unity Envirotech of Illinois LLC**
Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| Fertilizer Manufacturing - Boiler System | $0.00 | At 10% of cost | $31,547.40 |
| Fertilizer Manufacturing - High Speed Unload System | $0.00 | At 10% of cost | $18,928.50 |
| Fertilizer Manufacturing - Compressed Air System | $0.00 | At 10% of cost | $11,041.60 |
| Fertilizer Manufacturing - Granulation Plant Control Room | $0.00 | At 10% of cost | $94,642.30 |
| Fertilizer Manufacturing - Carbon Steel Mixing Tank | $0.00 | At 10% of cost | $3,655.00 |
| Fertilizer Manufacturing - Duct System Acquired 11.14.2018 | $0.00 | At 10% of cost | $7,775.00 |
| Fertilizer Manufacturing - Durco Process Pump MK GP2 | $0.00 | At 10% of cost | $750.15 |
| Fertilizer Manufacturing - Electric Motor Improvements | $0.00 | At 10% of cost | $1,124.75 |
| Fertilizer Manufacturing - Engineer Consulting for Mixing Chamber | $0.00 | At 10% of cost | $524.54 |
| Fertilizer Manufacturing - Granulator | $0.00 | At 10% of cost | $24,019.20 |
| Fertilizer Manufacturing - Phase 1 Consulting | $0.00 | At 10% of cost | $19,076.65 |
| Fertilizer Manufacturing - Phase 2 PVC Piping | $0.00 | At 10% of cost | $7,594.48 |
| Fertilizer Manufacturing - Process Water Tank | $0.00 | At 10% of cost | $4,113.78 |
| Fertilizer Manufacturing - Process Water Tank install Agitators | $0.00 | At 10% of cost | $5,313.08 |
| Fertilizer Manufacturing - Scubber Improvement | $0.00 | At 10% of cost | $411.74 |
| Fertilizer Manufacturing - Support for Dust Fan | $0.00 | At 10% of cost | $931.16 |
| Fertilizer Manufacturing - Mixing Chamber | $0.00 | At 10% of cost | $8,345.92 |
| Fertilizer Manufacturing - Loadout System | $0.00 | At 10% of cost | $55,300.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    __Unity Envirotech of Illinois LLC__    Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| Fertilizer Manufacturing - Motor Control Center | $0.00 | At 10% of cost | $16,000.00 |
| Fertilizer Manufacturing - Cross Pipe Reactor | $0.00 | At 10% of cost | $63,000.00 |
| Fertilizer Manufacturing - Acid Pump Fab/Install-Depue/Renew | $0.00 | At 10% of cost | $6,099.70 |
| Fertilizer Manufacturing - Screens - Donnelson | $0.00 | At 10% of cost | $602.37 |
| Fertilizer Manufacturing - Viking Pump - Coating | $0.00 | At 10% of cost | $550.00 |
| Fertilizer Manufacturing - New Screens Donnelson | $0.00 | At 10% of cost | $737.36 |
| Fertilizer Manufacturing - Screens | $0.00 | At 10% of cost | $1,100.53 |
| Fertilizer Manufacturing - New Screens | $0.00 | At 10% of cost | $1,167.24 |
| Fertilizer Manufacturing - Reactor Back Plate - Depue Mechanical | $0.00 | At 10% of cost | $2,064.00 |
| Fertilizer Manufacturing - Scott's Automation - KVI | $0.00 | At 10% of cost | $713.50 |
| Fertilizer Manufacturing - A Frame Belt-Waconia | $0.00 | At 10% of cost | $2,906.19 |
| Fertilizer Manufacturing - Belt Scale | $0.00 | At 10% of cost | $1,624.78 |
| Fertilizer Manufacturing - Burner Improvements | $0.00 | At 10% of cost | $1,967.34 |
| Fertilizer Manufacturing - Catwalk | $0.00 | At 10% of cost | $850.88 |
| Fertilizer Manufacturing - Coating Pump | $0.00 | At 10% of cost | $550.00 |
| Fertilizer Manufacturing - Controls | $0.00 | At 10% of cost | $5,625.92 |
| Fertilizer Manufacturing - Cooler Improvements | $0.00 | At 10% of cost | $17,796.74 |
| Fertilizer Manufacturing - Cutting Thread Tools | $0.00 | At 10% of cost | $463.60 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**                              Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Fertilizer Manufacturing - Dryer Work - Rotary Dryer** | $0.00 | At 10% of cost | $2,414.51 |
| **Fertilizer Manufacturing - Electrical System-Cresent** | $0.00 | At 10% of cost | $3,449.82 |
| **Fertilizer Manufacturing - Fluke Meter** | $0.00 | At 10% of cost | $765.32 |
| **Fertilizer Manufacturing - Granulator Improvements-** | $0.00 | At 10% of cost | $15,040.87 |
| **Fertilizer Manufacturing - HVAC System** | $0.00 | At 10% of cost | $1,444.97 |
| **Fertilizer Manufacturing - NH3 System - Propane Solutions** | $0.00 | At 10% of cost | $6,807.29 |
| **Fertilizer Manufacturing - Pack Back Tower-Bionomic** | $0.00 | At 10% of cost | $49,662.74 |
| **Fertilizer Manufacturing - Stainless Steel Piping-Depue** | $0.00 | At 10% of cost | $26,533.20 |
| **Fertilizer Manufacturing - Reator-Redesign and Repair** | $0.00 | At 10% of cost | $23,192.20 |
| **Fertilizer Manufacturing - Scales at ScaleHouse-Cental IL Scale** | $0.00 | At 10% of cost | $980.58 |
| **Fertilizer Manufacturing - Recycle/Dust Collection** | $0.00 | At 10% of cost | $41,418.94 |
| **Fertilizer Manufacturing - Rupture Disc** | $0.00 | At 10% of cost | $293.81 |
| **Fertilizer Manufacturing - Scrubber System Improv.** | $0.00 | At 10% of cost | $10,431.71 |
| **Fertilizer Manufacturing - Warehouse Rollup Door** | $0.00 | At 10% of cost | $899.50 |
| **Fertilizer Manufacturing - Welder-Praxair** | $0.00 | At 10% of cost | $569.79 |
| **Fertilizer Manufacturing - Vibrators - Chicago** | $0.00 | At 10% of cost | $1,034.50 |
| **Fertilizer Manufacturing - VFD for Burner-Ruyle** | $0.00 | At 10% of cost | $639.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**
      <sub>Name</sub>

Case number *(If known)*

| | | | |
|---|---|---|---|
| Fertilizer Manufacturing - Automation - ColePalmer/KVI | $0.00 | At 10% of cost | $2,445.35 |
| Fertilizer Manufacturing - Granulator Beam | $0.00 | At 10% of cost | $1,242.45 |
| Fertilizer Manufacturing - Heat Trace | $0.00 | At 10% of cost | $786.81 |
| Fertilizer Manufacturing - Reactor Pipe - Wolsely | $0.00 | At 10% of cost | $583.94 |
| Fertilizer Manufacturing - Reactor Piping | $0.00 | At 10% of cost | $2,155.30 |
| Fertilizer Manufacturing - New Scrubber Installation | $0.00 | At 10% of cost | $22,101.58 |
| Fertilizer Manufacturing - #6 Screens (6) | $0.00 | At 10% of cost | $324.00 |
| Fertilizer Manufacturing - #7 Screens (6) Donelson | $0.00 | At 10% of cost | $750.00 |
| Fertilizer Manufacturing - Vibrators (7) Chicago 230-460/3/60, 1800 rpm | $0.00 | At 10% of cost | $905.00 |
| Mobile Equipment - Lawn Mower, Rider Type Snapper N2M21520KWV Year 2003 | $0.00 | At 10% of cost | $49.00 |
| Mobile Equipment - Lift Truck Daewoo D25S03 Year 1997 | $0.00 | At 10% of cost | $460.00 |
| Mobile Equipment - Wheel Loader Case 521F Year 2014 | $0.00 | At 10% of cost | $10,600.00 |
| Mobile Equipment - Wheel Loader Volvo L50C 1996 | $0.00 | At 10% of cost | $1,990.00 |
| Mobile Equipment - Trackmobile 95TM Year 1984 | $0.00 | At 10% of cost | $6,950.00 |
| Mobile Equipment - Lift Truck Daewoo D20S-2 Year 1996 | $0.00 | At 10% of cost | $390.00 |
| Mobile Equipment - Lift Truck Doosan G25E-5 Year 2007 | $0.00 | At 10% of cost | $1,500.00 |
| Mobile Equipment - Wheel Loader Swinger 3000 Year 2000 | $0.00 | At 10% of cost | $2,150.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**                                    Case number *(If known)*
          Name

| | | | |
|---|---|---|---|
| **Mobile Equipment - Telescopic Handler Gehi 663 Year 1997** | $0.00 | At 10% of cost | $1,350.00 |
| **Mobile Equipment - Telescopic Boom Lift JLG 1350 Year 2002** | $0.00 | At 10% of cost | $6,850.00 |
| **Mobile Equipment - Lawn Mower Rider Type JD 997 Year 2008** | $0.00 | At 10% of cost | $550.00 |
| **Mobile Equipment - Wheel Loader John Deer 544G Year 1994** | $0.00 | At 10% of cost | $2,850.00 |
| **Mobile Equipment - Trailer** | $0.00 | At 10% of cost | $275.00 |
| **Mobile Equipment - John Deere Wheel Loader - Midwest Equipment** | $0.00 | At 10% of cost | $4,000.00 |
| **Mobile Equipment - Komatsu Wheel Loader - Mid Western Equipment** | $0.00 | At 10% of cost | $2,300.00 |
| **Mobile Equipment - Bobcat 310 Year 1978** | $0.00 | At 10% of cost | $374.50 |
| **Mobile Equipment - Wheel Loader Case 621B - Midwest Equipment Group** | $0.00 | At 10% of cost | $3,000.00 |
| **Assets not in service - V C Logistics LLC /IN: 19098 F** | $0.00 | At cost | $2,450.00 |
| **Assets not in service - V C Logistics LLC /IN: 19114 F** | $0.00 | At cost | $4,450.00 |
| **Assets not in service - ESR Motor Systems INV:CREDIT C** | $0.00 | At cost | $1,378.63 |
| **Assets not in service - 00RAVIN MIXING TANK FOR CRYSTA** | $0.00 | At cost | $11,450.00 |
| **Assets not in service - 00AARON INV:SAE00024299** | $0.00 | At cost | $76,500.00 |
| **Assets not in service - 00TRIC LOCATION OF UNDERGROUND** | $0.00 | At cost | $500.00 |
| **Assets not in service - 00WHITNEY SOIL BORING FOR SPRA** | $0.00 | At cost | $1,810.05 |
| **Assets not in service - 00AMG INV:46155** | $0.00 | At cost | $8,843.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Unity Envirotech of Illinois LLC**                          Case number *(If known)* _____
      Name

| | | | |
|---|---|---|---|
| **Assets not in service - 00AMG INV:46182** | $0.00 | **At cost** | $23,842.66 |
| **Assets not in service - 00AMG INV:46199** | $0.00 | **At cost** | $8,015.00 |
| **Assets not in service - 00AARON FREIGHT FOR CENTERFUGE** | $0.00 | **At cost** | $1,950.00 |
| **Assets not in service - 00AMG INV:46224** | $0.00 | **At cost** | $14,551.15 |
| **Assets not in service - 00AMG INV:46249** | $0.00 | **At cost** | $1,524.50 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

                                                    **$1,737,093.16**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Land - Land for Plant 1557 CR 1400 N** | **100% Ownership** | **$1,108,000.00** | **100% of cost** | **$1,108,000.00** |
| 55.2.  **Land - Farm Land with Pump and Rolling Irrigation System** | **100% Ownership** | **$1,030,000.00** | **100% of cost** | **$1,030,000.00** |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                                    **$2,138,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Debtor    **Unity Envirotech of Illinois LLC**                     Case number *(If known)* _____
              Name

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** **Environmental Protection Agency Water Permit to construct and/or operate water pollution control facilities at United Suppliers, Inc., 1557 County Road 1400 N, Henry, IL 61537, described as follows:** **The spray irrigation of up to 720,000 GPD OAF from their on-site stormwater containment pond on to 103 acres adjacent to their site at the address listed above.** **This Permit is issued subject to the following Special Condition(s). If such Special Condition(s) require(s) additional or revised facilities, satisfactory engineering plan documents must be submitted to this Agency for review and approval for issuance of a Supplemental Permit.** **This operating permit expires on June 30, 2022.** | **Unknown** | | **$0.00** |

Debtor    **Unity Envirotech of Illinois LLC**                                    Case number *(If known)* _____
              Name

**Illinois Environmental Protection Agency -**
**Lifetime Operating Permit**

**Application.: 98050024**
**I .D. No.: 123803AALApplicant's Designation:**
**Date Received: October 24, 2002**
**Subject: Ammonium Phosphate Fertilizer Mfg.**
**and Blend**
**Date Issued: November 25, 2002**
**Location: 1557 County Road 1400 North,**
**Henry, IL 61537**

**This permit is hereby granted to the**
**above-designated Permitnee to OPERATE**
**emission unit(s] and/or air polluticm control**
**equipment consisting of:**

**One (1) Reactor Granulator - Scrubbe~ 2**
**dryers but only 1 burner**
**Two (2) Dryers - Two Cyclones and One**
**Scrubber**
**Two (2) Coolers - Two Cyclones and One**
**scrubber**                                          **Unknown**                              **$0.00**

| | | | |
|---|---|---|---|
| 65. | **Goodwill**<br>Goodwill | $0.00 | N/A | $0.00 |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                          **Current value of**
                                                                                          **debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**                    Case number *(If known)* _____
          Name

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Software Implementation** | **$0.00** |
| **Loan Origination Fees** | **$0.00** |
| **Site Improvement - Fencing** | **$11,283.00** |
| **Site Improvement - RailRoad Spurs** | **$98,846.00** |
| **Site Improvements - Pond** | **$170,227.00** |
| **Site Improvements - Cross Over/Track/Switch** | **$65,000.00** |
| **Site Improvements - Derailment on Curve West of CR Xing** | **$10,249.80** |
| **Site Improvements - Changed Broken Rail in Curve at Henry Facility** | **$4,873.90** |
| **Site Improvements - Rail Improvements** | **$31,800.00** |
| **Site Improvements - Rail Improvements** | **$14,041.50** |
| **Site Improvements - Switch Repair Mexichem** | **$28,246.00** |
| **Site Improvements - Rail Improvements - Track Services** | **$11,646.67** |
| **Site Improvements - Truck Unloading System** | **$166,270.48** |

Debtor    __**Unity Envirotech of Illinois LLC**_____    Case number *(If known)* _____
Name

| | |
|---|---:|
| **Site Improvements - Landscaping** | **$0.00** |
| **Site Improvements - Asphalt Paving** | **$0.00** |
| **Site Improvements -Floor West Alley Way-Aupperle** | **$0.00** |
| **Site Improvements - Asphalt Paving - River City** | **$0.00** |
| **Building and Improvements - Building 2a - Storage Warehouse** | **$0.00** |
| **Building and Improvements - Building 3 - Storage Warehouse** | **$0.00** |
| **Buildings and Improvements - Building 4 - Storage Warehouse** | **$0.00** |
| **Buildings and Improvements - Building 5 - Storage Warehouse** | **$0.00** |
| **Building and Improvements - Building 6 - Storage Warehouse** | **$0.00** |
| **Building and Improvements - Building 7 - Light Industrial** | **$0.00** |
| **Building and Improvements - Roof Replacement Kreiling** | **$0.00** |
| **Building and Improvements - North Wall Replacement/Coating** | **$0.00** |
| **Building and Improvements - Roof/Rafter Repair - BoJack** | **$0.00** |
| **Buildings and Improvements - East Alley Way Roof - Hosler** | **$0.00** |
| **Buildings and Improvement - Bojack Info-Structure Improvements** | **$0.00** |
| **Buildings and Improvements - Building 1 - Office** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**                                    Case number *(If known)* _____
          Name

| Buildings and Improvements - Building 2b - Lab | $0.00 |
|---|---|

| Buildings and Improvements - New Roof | $0.00 |
|---|---|

78.    **Total of Part 11.**                                                          $612,484.35
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **Unity Envirotech of Illinois LLC**                                          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,112.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,882.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $867,785.37 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,647.53 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,737,093.16 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $2,138,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $612,484.35 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,247,005.17 | + 91b. $2,138,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,385,005.17 [1] |

[1] Prior to the petition date, the debtor received indications of interest in excess of the aggregate liquidation value reflected here.

**Fill in this information to identify the case:**

Debtor name      **Unity Envirotech of Illinois LLC**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Silverpeak Credit Opportunities**<br>Creditor's Name<br><br>**c/o**<br>**Silverpeak Credit Partners LP**<br>**411 Theodore Fremd**<br>**Suite 206 South**<br>**Rye, NY 10580**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**October 21, 2019**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>   Turning Rock Partners | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br>**Blanket First-Lien on All Property Assets**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,875,623.76 | $5,385,005.17 |

| 2.2 | **Turning Rock Partners**<br>Creditor's Name<br><br>**400 Park Avenue**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**April 22, 2020** | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br>**Blanket Second Lien on All Property and Assets**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $9,380,934.00 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**
_____
            Name

Case number (*if known*)    _____

**Last 4 digits of account number**
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| Silverpeak Credit Opportunities | |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $23,256,557.70

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Unity Envirotech of Illinois LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,240.74** |
|---|---|---|---|
| | **Agilent Technologies Inc.**<br>**2850 Centerville Road**<br>**Wilmington, DE 19808-1610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$704.40** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**P.O. Box 734672**<br>**Dallas, TX 75373-4672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,727.20** |
|---|---|---|---|
| | **Akerman LLP**<br>**P.O. Box 4906**<br>**Orlando, FL 32802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: __Legal Fees__ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,381.79** |
|---|---|---|---|
| | **Altorfer Rents**<br>**P.O. Box 1347**<br>**Orlando, FL** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Unity Envirotech of Illinois LLC**
     Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,578.68 |
|---|---|---|---|

**Ameren Illinois**
PO Box 88034
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**Atlas Crane Service**
P.O. Box 356
Batavia, IL 60510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.04 |
|---|---|---|---|

**Bank of America**
P.O. Box 15796
Wilmington, DE 19886-5796

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,517.49 |
|---|---|---|---|

**Bearing Distributors INC**
P.O. BOX 74493
Cleveland, OH 44194-0576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,383.77 |
|---|---|---|---|

**BIONOMIC INDUSTRIES INC**
777 Corporate Dr.
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,656.60 |
|---|---|---|---|

**Bojack Fabrication LLC**
2717 Pinehurst Street
Kirksville, MO 63501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,970.00 |
|---|---|---|---|

**Chamlin & Associates, Inc.**
218 W. Lafayette Street
Ottawa, IL 61350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Unity Envirotech of Illinois LLC**                                  Case number (if known) _____
<br>Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,147.10 |

**Cintas Corporation No. 342**
P.O. Box 630921
Cincinnati, OH 45263-0921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,077.62 |

**COLE-PARMER**
13927 Collections Center Drive
Chicago, IL 60693-0139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,163.23 |

**Constellation New Energy, Inc**
Electric
P.O. BOX 4640
Carol Stream, IL 60197-4640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,766.13 |

**Constellation New Energy, Inc**
Gas
P O BOX 5473
Carol Stream, IL 60197-5473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,769.46 |

**DePue Mechanical**
P.O. Box 857
Minooka, IL 60447

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $993.70 |

**Diversified Services**
c/o Vonachen Group
8900 N. Pioneer Road
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,873.86 |

**Donelson Corporation**
1723 S.W Adams Street
Peoria, IL 61602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Unity Envirotech of Illinois LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,481.06**
---|---|---|---

**Eagle Services Corporation**
**2702 Beech Street**
**Valparaiso, IN 46383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,460.89**

**Fastenal**
**#2 Unytite Drive**
**Peru, IL 61354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,804.39**

**Frank & West Environmental**
**1032 South 2nd Street**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$536.03**

**Frontier Communications**
**P O Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,478.00**

**Grainger**
**Department 887150009**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133.25**

**Harry's Farm Tire Inc.**
**P.O. Box 307**
**Wenona, IL 61377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Illinois Environmental Protection Agency**
**1021 N Grand Ave E**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Environmental__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Debtor  **Unity Envirotech of Illinois LLC**
_____
Name

Case number *(if known)* _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Internal Revenue Service**
**Insolvency Remittance**
**Post Office Box 7317**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Taxes__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,218.40** |

**IPFS CORPORATION**
**24722 Network Place**
**Chicago, IL 60673-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,950.00** |

**Jacobs Engineering**
**P.O. Box 2008 33806**
**Lakeland, FL 33803-2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,437.54** |

**Lawson Products Inc**
**P.O. Box 809401**
**Chicago, IL 60680-9401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,791.62** |

**LECO**
**3000 Lakeview Avenue**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

**Lockton Companies**
**P.O. Box 802707**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Risk Management Fees__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.90** |

**MEDIACOM**
**PO BOX 5744**
**Carol Stream, IL 60197-5744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Unity Envirotech of Illinois LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
Mostardi Platt
888 Industrial Drive
Elmhurst, IL 60126

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$14,192.66

---

**3.34** | Nonpriority creditor's name and mailing address
Nutrient Research
P.O. Box 3201
Bloomington, IL 61702-3201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$18,375.75

---

**3.35** | Nonpriority creditor's name and mailing address
Oberlander Electric Co.
2101 N Main Street
East Peoria, IL 61611

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$7,160.19

---

**3.36** | Nonpriority creditor's name and mailing address
Old World Specialty Products
3100 Sanders Rd
Northbrook, IL 60062

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Tonnage Shortage/Restitution_

Is the claim subject to offset? ■ No ☐ Yes

$2,373,428.46

---

**3.37** | Nonpriority creditor's name and mailing address
PDC Services Inc.
32289 Collection Center Dr
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$907.56

---

**3.38** | Nonpriority creditor's name and mailing address
Piper Sandler
800 Nicollet Mall
Suite 1000
Minneapolis, MN 55402

Date(s) debt was incurred _3/9/2021_

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Pre-Filing Fee and Out-of-Pocket Expenses_

Is the claim subject to offset? ■ No ☐ Yes

$202,412.45

---

**3.39** | Nonpriority creditor's name and mailing address
Praxair Distribution Inc.
DEPT CH 10660
Palatine, IL 60055-0660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,651.72

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Unity Envirotech of Illinois LLC**                                      Case number (if known)

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,898.80 |

**Rain for Rent**
221 McDonald Avenue
Joliet, IL 60431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,309.08 |

**Renewal Service Inc.**
P.O. Box 3307
Rock Island, IL 61201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $838,778.00 |

**Shrieve Chemical Company, Inc.**
1755 Woodlands
Spring, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,174.75 |

**TN Track Services, Inc.**
P.O. Box4154
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,355.89 |

**TOWER EQUIPMENT CORP**
20187 1800 N. Ave.
Princeton, IL 61356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,682.85 |

**Tri-City Engineering & Integration**
6225 N. Brady Street
Davenport, IA 52806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,900.00 |

**UlexAndes-USA LLC**
370 NE Camano Island Drive
Suite 5-69
Camano Island, WA 98282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Unity Envirotech of Illinois LLC**                    Case number (*if known*)
<br>Name

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,110.07** |

**3.47**

**Nonpriority creditor's name and mailing address**

**United Rentals**
**P.O. Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$44,110.07**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**USPS**
**505 Main Street**
**Henry, IL 61537**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$139.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Veolia North America, Inc.**
**3750 Villiage Lane**
**Birmingham, AL 35223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**$6,640,840.95**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Waconia Manufacturig, Inc**
**33 E. 8th Street**
**Waconia, MN 55387**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Winfield Solutions, LLC**
**ATTN:  JONATHAN C. MIESEN, AG**
**4001 Lexington Avenue**
**Saint Paul, MN 55126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Confession of Judgment__

Is the claim subject to offset? ■ No ☐ Yes

**$2,050,972.36**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Unity Envirotech of Illinois LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arthur F. Radke**<br>**RADKE LEGAL SERVICES LLC**<br>**29 E Madison Street, Suite 1104**<br>**Chicago, IL 60602** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chauntelle R. Wood**<br>**1001 Fannin Street**<br>**Suite 1800**<br>**Houston, TX 77002** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jeffrey Ryva**<br>**227 N.E. Jefferson**<br>**Peoria, IL 61602** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Patricia A. Lepak**<br>**30 North LaSalle Street, Suite 1520**<br>**Chicago, IL 60602** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **David J. Larson**<br>**2601 S. Bayshore Drive, Suite 1500**<br>**Miami, FL 33133** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Steven D. Gonzalez**<br>**2601 S. Bayshore Drive, Suite 1500**<br>**Miami, FL 33133** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Harold Lang**<br>**2601 S. Bayshore Drive, Suite 1500**<br>**Miami, FL 33133** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 12,940,135.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | 12,940,135.43 |

**Fill in this information to identify the case:**

Debtor name __**Unity Envirotech of Illinois LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Illinois Cash Rent Farm Lease - Henry Township 13N R 10E Section 10** |
| State the term remaining | **February 28, 2022** |
| List the contract number of any government contract | **John Maubach** <br> **1352 County Road 1500 E.** <br> **Henry, IL 61537** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Carve-Out for Fees and Expenses** |
| State the term remaining | **Perpetual; 18 mos tail** |
| List the contract number of any government contract | **Piper Sandler** <br> **800 Nicollet Mall** <br> **Suite 1000** <br> **Minneapolis, MN 55402** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Unity Envirotech of Illinois LLC** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Unity Envirotech of Illinois LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other | **$9,509,154.00** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other | **$7,580,360.38** |
| **For the fiscal year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other | **$9,244,513.91** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Unity Envirotech of Illinois LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Akerman LLP**<br>P.O. BOX 734672<br>Orlando, FL 32802 | 12/22/2020<br>12/22/2020<br>12/9/2020<br>12/22/2020<br>1/5/2021<br>2/2/2021 | $19,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Ameren Illinois**<br>P.O. BOX 88034<br>Chicago, IL 60680-1034 | 12/22/2020<br>2/5/2021 | $9,505.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.3. **BERKSHIRE HATHAWAY HOMESTATE COMPANIES**<br>P.O. BOX 844501<br>Los Angeles, CA 90084-4501 | 12/15/2020<br>1/8/2021<br>1/11/2021<br>3/2/2021 | $77,748.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Workers Compensation** |
| 3.4. **Constellation New Energy, Inc_ELECTRIC**<br>P.O. BOX 4640<br>Carol Stream, IL 60197-4640 | 12/22/2020<br>1/8/2021<br>2/9/2021 | $64,352.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.5. **Fly by Night Trucking, Inc.**<br>1425 County Road 400 N<br>Lacon, IL 61540 | 1/8/2021<br>2/2/2021<br>2/9/2021 | $8,310.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Freight In** |
| 3.6. **Health Care Service Corporation** | 1/5/2021<br>3/4/2021<br>3/2/2021 | $18,985.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **EE Benefits** |
| 3.7. **IPFS CORPORATION**<br>24722 Network Place<br>Chicago, IL 60673-1247 | 12/22/2020<br>1/8/2021<br>2/9/2021 | $58,331.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Business Insurance** |
| 3.8. **J & S Durst Inc.**<br>1425 County Road 400 N<br>Lacon, IL 61540 | 1/5/2021<br>1/8/2021 | $20,775.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Freight In** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  **John A. Spires** | 1/4/2021 1/4/2021 2/1/2021 3/1/2021 | $19,661.13 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Consulting** |
| 3.10. **Lockton Companies** P.O. Box 802707 Kansas City, MO 64180 | 12/29/2020 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Risk Management Fees** |
| 3.11. **Plante & Moran PLLC** 26300 Northwestern Highway Suite 120 Southfield, MI 48076 | 1/8/2021 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Tax Prep** |
| 3.12. **Ravinia Capital Performance Improvement** 125 S. Wacker Drive Suite 300 Chicago, IL 60606 | 1/4/2021 1/5/2021 2/1/2021 2/2/2021 3/1/2021 3/2/2021 3/5/2021 | $23,509.06 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Consulting and Reimbursement** |
| 3.13. **Saul Ewing Arnstein & Lehr LLP** 161 North Clark Suite 4200 Chicago, IL 60601 | 12/8/2020 12/18/2020 1/4/2021 3/9/2021 1/8/2021 2/26/2021 | $240,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal** |
| 3.14. **Barron Business Consulting, Inc.** 201 N. Illinois, South Tower, 16th Floor Indianapolis, IN 46204 | 2/24/2021 3/9/2021 | $26,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Bankrptcy Consulting** |
| 3.15. **Lockton Companies** P O Box 802707 Kansas City, MO 64180 | 3/9/21 | $32,829.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **D&O insurance payment** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Unity Envirotech of Illinois LLC | Case number *(if known)* |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Gary Denning**<br>**1589 Asheforde Drive**<br>**Marietta, GA 30068**<br>**Board Member of Parent Company** | 5/14/2020<br>6/3/2020<br>7/15/2020 | **$6,000.00** | **Board Member Fee** |
| 4.2. **Ravinia Capital Performance**<br>**Improvement**<br>**125 S. Wacker Drive**<br>**Suite 300**<br>**Chicago, IL 60606**<br>**Company of former Officer** | 4/1/2020<br>4/24/2020<br>5/5/2020<br>6/2/2020<br>7/2/2020<br>8/5/2020<br>9/2/2020<br>10/1/2020<br>11/6/2020<br>12/1/2020<br>1/4/2021<br>2/1/2021<br>3/1/2021<br>3/5/2021<br>9/2/2020<br>8/5/2020<br>7/2/2020<br>6/2/2020<br>5/5/2020<br>4/24/2020<br>4/1/2020<br>3/4/2020<br>2/21/2020<br>2/4/2020 | $282,111.28 | **Consulting and Expense**<br>**Reimbursement** |
| 4.3. **Turning Rock Partners**<br>**400 Park Ave**<br>**New York, NY 10022**<br>**Lender** | 4/24/2020 | $3,809,341.44 | **Payment part of a refinancing**<br>**transaction.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor  **Unity Envirotech of Illinois LLC**                          Case number *(if known)* _____

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Winfield Solutions, LLC v. Unity Envirotech of Illinois, LLC**<br>**62-CV-20-5818** | **Claim for Royalties per ton of future production for funds advanced to past management. Confession of judgment agreed to in Sep 2019.** | **Ramsey County District Court - Minnesota Court Administration**<br>**15 W Kellogg Blvd Room 1700**<br>**Saint Paul, MN 55102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Veolia Water North America Operating Services, LLC v. Unity Envirotech of Illinois, LLC**<br>**19-CA-007936** | **Claim against Debtor for non-payment for management services about $6,300,000; Counter-suit by Unity for damages due to non-performance; mediation failed in Tampa, FL on July 30, 2019.** | **Circuit Court of the Thirteenth Judicial District**<br>**800 E. Twiggs Street**<br>**Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Shrieve Chemical Company LLC v. Unity Envirotech of Illinois, LLC**<br>**2020-65971** | **Judgment entered for non-payment of agreed forbearance payment.** | **The 234th Judicial District Court of Harris County**<br>**201 Caroline**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Old World Specialty Products, LLC v. Unity Envirotech of Illinois, LLC and Kobus van der Zel**<br>**2021-L-001775** | **Breach of Contract** | **Circuit Court of Cook County, Illinois First Municipal**<br>**50 West Washington Street Room 1202**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**                                    Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Electrical gear, breakers, related wiring, and boiler house damage caused by faulty breaker or feeder cable.** | **None. Estimated repair costs $310,000.** | **November 29, 2020** | **Unknown** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Saul Ewing Arnstein & Lehr LLP**<br>**Centre Square West**<br>**1500 Market Street**<br>**Floor 38th**<br>**Philadelphia, PA 19102** | | **3/9/21**<br>**1/11/21** | **$70,000.00** |
| | **Email or website address**<br>**https://www.saul.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Barron Business Consulting**<br>**201 N. Illinois, South Tower**<br>**16th Floor**<br>**Indianapolis, IN 46204** | | **2/24/2021** | **$26,000.00** |
| | **Email or website address**<br>**http://www.barronbusinessconsulting.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **Unity Envirotech of Illinois LLC**                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankrupcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Paychex** | EIN:  **81-3901930** |

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC** _____    Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | **XXXX-4860** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 2020** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Unity Envirotech of Illinois LLC | Case number *(if known)* | |
|---|---|---|---|

■ No.
□ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

□ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Unity Envirotech of Illinois LLC 1557 County Road 1400 North Henry, IL 61537 | Illinois Environmental Protection Agency 1021 North Grand Avenue East P.O. Box 19276 Springfield, IL 62794 | Alleged Violations of Section 9(a) of the Illinois Environmental Protection Act, Section 9.1(d) of the Illinois Environmental Protection Act, and Section 9(b) of the Illinois Environmental Protection Act. | 01/06/2021 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

□ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Unity Envirotech of Illinois, LLC 1557 County Rd 1400 N Henry, IL 61537 | Illinois Environmental Protection Agency 1021 N Grand Ave E Springfield, IL 62702 | | 03/10/2021 |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
□ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | John A. Spires 1557 County Rd 1400 N Henry, IL 61537 | 4/29/2019 - 2/14/20 and then 6/8/2020 to petition date |
| 26a.2. | Daniel Drumeller 1557 County Rd 1400 N Henry, IL 61537 | End of February 2020 until 6/6/2020 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Unity Envirotech of Illinois LLC | Case number *(if known)* | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Plante Moran**<br>**10 South Riverside Plaza**<br>**9th Floor**<br>**Chicago, IL 60606** | 1/1/19 - 3/1/21 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Barron Business Consulting, Inc.**<br>**201 N. Illinois, South Tower**<br>**16th Floor**<br>**Indianapolis, IN 46204** | |
| 26c.2. | **John A. Spires**<br>**1557 County Rd 1400 N**<br>**Henry, IL 61537** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **SilverPeak**<br>**411 Theodore Fremd, Suite 206 South**<br>**Rye, NY 10580** |
| 26d.2. | **Turning Rock Partners**<br>**400 Park Ave**<br>**New York, NY 10022** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Kobus van der Zel** | 3/4/21 | **$824,332; Bin Chart of the inventory per bin and per tank based on reported transactions and tank readings after each 12hr shift,  reconciled with physical bin estimations at the end of each week.** |

| Name and address of the person who has possession of inventory records |
|---|
| **John A. Spires**<br>**1557 County Rd 1400 N**<br>**Henry, IL 61537** |

Debtor  **Unity Envirotech of Illinois LLC**                                     Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Kobus van der Zel | | $824,332; Bin Chart of the inventory per bin and per tank based on reported transactions and tank readings after each 12hr shift, and reconciled with physical bin estimations at the end of each week. |
| | | 2/26/2021 | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | John A. Spires 1557 County Road 1400 N Henry, IL 61537 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Henry Fertilizer Holdings, LLC | 1527 County Road 1400 N Henry, IL 61537 | | 100% Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John A. Spires | 1557 County Rd 1400 N Henry, IL 61537 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kobus van der Zel | 1557 County Rd 1400 N Henry, IL 61537 | CRO/COO | 3/12/2019 to 7/31/2020 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Gary Denning | $6,000.00 | 5/14/2020 6/3/2020 7/15/2020 | Compensation for Mr. Denning's services as an independent director. |
| | Relationship to debtor Former Board Member | | | |

Debtor    **Unity Envirotech of Illinois LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Ravinia Capital Performance Improvement 125 S. Wacker Drive Suite 300 Chicago, IL 60606** | **$282,111.28** | **4/1/2020 4/24/2020 5/5/2020 6/2/2020 7/2/2020 8/5/2020 9/2/2020 10/1/2020 11/6/2020 12/1/2020 1/4/2021 2/1/2021 3/1/2021 3/5/2021** | **Consulting and Expense Reimbursement** |
| | Relationship to debtor **Prior CRO is a partner with the creditor** | | | |
| 30.3. | **Turning Rock Partners 400 Park Ave New York, NY 10022** | **$3,809,341.44** | | **Payment part of a refinancing transaction.** |
| | Relationship to debtor **Lender** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Henry Fertilizer Holdings, LLC** | **EIN:    81-3901930** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Paychex - 401(k) Plan** | **EIN:    81-3901930** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Unity Envirotech of Illinois LLC**                                   Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/12/2021

Signature of individual signing on behalf of the debtor          **Bernadette M. Barron**
                                                                  Printed name

Position or relationship to debtor    **Authorized Agent**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re    **Unity Envirotech of Illinois LLC**

_____
Debtor(s)

Case No. _____
Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Unity Envirotech of Illinois LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Henry Fertilizer Holdings, LLC**
**1527 County Road 1400 N**
**Henry, IL 61537**
_____

☐ None [*Check if applicable*]

**3 - 12 - 21**
_____
Date

**Mark Minuti 2659**
_____
Signature of Attorney or Litigant
Counsel for   **Unity Envirotech of Illinois LLC**
**Saul Ewing Arnstein & Lehr LLP**
**1201 North Market Street**
**Wilmington, DE 19801**
**(302) 421-6840 Fax:(302) 421-5873**
**Mark.Minuti@saul.com**

# United States Bankruptcy Court
## District of Delaware

In re    **Unity Envirotech of Illinois LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    3/12/2021

**Bernadette M. Barron**/**Authorized Agent**
Signer/Title

UNITY ENVIROTECH OF ILLINOIS LLC
C/O BARRON BUSINESS CONSULTING
P.O. BOX 78518-0518
INDIANAPOLIS, IN 46278-0518

BEARING DISTRIBUTORS INC
P.O. BOX 74493
CLEVELAND, OH 44194-0576

DIVERSIFIED SERVICES
C/O VONACHEN GROUP
8900 N. PIONEER ROAD
PEORIA, IL 61615

MARK MINUTI
SAUL EWING ARNSTEIN & LEHR LLP
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

BIONOMIC INDUSTRIES INC
777 CORPORATE DR.
MAHWAH, NJ 07430

DONELSON CORPORATION
1723 S.W ADAMS STREET
PEORIA, IL 61602

AGILENT TECHNOLOGIES INC.
2850 CENTERVILLE ROAD
WILMINGTON, DE 19808-1610

BOJACK FABRICATION LLC
2717 PINEHURST STREET
KIRKSVILLE, MO 63501

EAGLE SERVICES CORPORATION
2702 BEECH STREET
VALPARAISO, IN 46383

AIRGAS USA, LLC
P.O. BOX 734672
DALLAS, TX 75373-4672

CHAMLIN & ASSOCIATES, INC.
218 W. LAFAYETTE STREET
OTTAWA, IL 61350

FASTENAL
#2 UNYTITE DRIVE
PERU, IL 61354

AKERMAN LLP
P.O. BOX 4906
ORLANDO, FL 32802

CHAUNTELLE R. WOOD
1001 FANNIN STREET
SUITE 1800
HOUSTON, TX 77002

FRANK & WEST ENVIRONMENTA
1032 SOUTH 2ND STREET
SPRINGFIELD, IL 62704

ALTORFER RENTS
P.O. BOX 1347
ORLANDO, FL

CINTAS CORPORATION NO. 342
P.O. BOX 630921
CINCINNATI, OH 45263-0921

FRONTIER COMMUNICATIONS
P O BOX 740407
CINCINNATI, OH 45274-0407

AMEREN ILLINOIS
PO BOX 88034
CHICAGO, IL 60680

COLE-PARMER
13927 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0139

GRAINGER
DEPARTMENT 887150009
PALATINE, IL 60038-0001

ARTHUR F. RADKE
RADKE LEGAL SERVICES LLC
29 E MADISON STREET, SUITE 1104
CHICAGO, IL 60602

CONSTELLATION NEW ENERGY, INC
ELECTRIC
P.O. BOX 4640
CAROL STREAM, IL 60197-4640

HARRY'S FARM TIRE INC.
P.O. BOX 307
WENONA, IL 61377

ATLAS CRANE SERVICE
P.O. BOX 356
BATAVIA, IL 60510

CONSTELLATION NEW ENERGY, INC
GAS
P O BOX 5473
CAROL STREAM, IL 60197-5473

ILLINOIS ENVIRONMENTAL PROTA
1021 N GRAND AVE E
SPRINGFIELD, IL 62702

BANK OF AMERICA
P.O. BOX 15796
WILMINGTON, DE 19886-5796

DEPUE MECHANICAL
P.O. BOX 857
MINOOKA, IL 60447

INTERNAL REVENUE SERVICE
INSOLVENCY REMITTANCE
POST OFFICE BOX 7317
PHILADELPHIA, PA 19101

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673-1247

OBERLANDER ELECTRIC CO.
2101 N MAIN STREET
EAST PEORIA, IL 61611

SILVERPEAK CREDIT OPPORTUN
C/O
SILVERPEAK CREDIT PARTNERS LP
411 THEODORE FREMD,
SUITE 206 SOUTH
RYE, NY 10580

JACOBS ENGINEERING
P.O. BOX 2008 33806
LAKELAND, FL 33803-2008

OLD WORLD SPECIALTY PRODUCTS
3100 SANDERS RD
NORTHBROOK, IL 60062

TN TRACK SERVICES, INC.
P.O. BOX4154
PEORIA, IL 61615

JEFFREY RYVA
227 N.E. JEFFERSON
PEORIA, IL 61602

PATRICIA A. LEPAK
30 NORTH LASALLE STREET,
SUITE 1520 CHICAGO, IL 60602

TOWER EQUIPMENT CORP
0187 1800 N. AVE.
PRINCETON, IL 61356

JOHN MAUBACH
1352 COUNTY ROAD 1500 E.
HENRY, IL 61537

PDC SERVICES INC.
32289 COLLECTION CENTER DR
CHICAGO, IL 60693

TRI-CITY ENGINEERING & INTEG
6225 N. BRADY STREET
DAVENPORT, IA 52806

LAWSON PRODUCTS INC
P.O. BOX 809401
CHICAGO, IL 60680-9401

PIPER SANDLER
800 NICOLLET MALL
SUITE 1000
MINNEAPOLIS, MN 55402

TURNING ROCK PARTNERS
400 PARK AVENUE
NEW YORK, NY 10022

LECO
3000 LAKEVIEW AVENUE
SAINT JOSEPH, MI 49085

PIPER SANDLER
800 NICOLLET MALL
SUITE 1000
MINNEAPOLIS, MN 55402

ULEXANDES-USA LLC
370 NE CAMANO ISLAND DRIVE
SUITE 5-69
CAMANO ISLAND, WA 98282

LOCKTON COMPANIES
P.O. BOX 802707
KANSAS CITY, MO 64180

PRAXAIR DISTRIBUTION INC.
DEPT CH 10660
PALATINE, IL 60055-0660

UNITED RENTALS
P.O. BOX 100711
ATLANTA, GA 30384-0711

MEDIACOM
PO BOX 5744
CAROL STREAM, IL 60197-5744

RAIN FOR RENT
221 MCDONALD AVENUE
JOLIET, IL 60431

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

MOSTARDI PLATT
888 INDUSTRIAL DRIVE
ELMHURST, IL 60126

RENEWAL SERVICE INC.
P.O. BOX 3307
ROCK ISLAND, IL 61201

USPS
505 MAIN STREET
HENRY, IL 61537

NUTRIENT RESEARCH
P.O. BOX 3201
BLOOMINGTON, IL 61702-3201

SHRIEVE CHEMICAL COMPANY, INC.
1755 WOODLANDS
SPRING, TX 77380

VEOLIA NORTH AMERICA, INC.
3750 VILLIAGE LANE
BIRMINGHAM, AL 35223

WACONIA  MANUFACTURING, INC 33
E.  8TH  STREET
WACONIA, MN 55387


WINFIELD  SOLUTIONS,  LLC ATTN:
JONATHAN  C.  MIESEN,  AG 4001
LEXINGTON  AVENUE
SAINT PAUL, MN 55126

DAVID J. LARSON
2601 S. BAYSHORE DRIVE,
SUITE 1500
MIAMI, FL 33133

STEVEN D. GONZALEZ
2601 S. BAYSHORE DRIVE,
SUITE 1500
MIAMI, FL 33133


HAROLD LANG III
2601 S. BAYSHORE DRIVE,
SUITE 1500
MIAMI, FL 33133