# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNITY ENVIROTECH OF ILLINOIS LLC,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 21-10563 (CSS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Silverpeak Credit Partners, LP ("Silverpeak") hereby appears in the above-captioned cases through its counsel Arnold & Porter Kaye Scholer LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **ARNOLD & PORTER KAYE SCHOLER LLP**<br>Benjamin Mintz, Esq.<br>Henry G. Morriello, Esq.<br>250 West 55th Street<br>New York, NY 10019-9710<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>Email: Benjamin.Mintz@arnoldporter.com<br>Email: Henry.Morriello@arnoldporter.com | **ASHBY & GEDDES, P.A.**<br>Stacy L. Newman, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: SNewman@ashbygeddes.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these cases

---

[1] The last four digits of the Debtor's tax identification number are 2386. The Debtors' mailing address is P.O. Box 78518-0518, Indianapolis, IN 46278-0518.

{01670728;v1 }

or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Silverpeak intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which the Silverpeak is or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

[*Signature Page to Follow*]

| | |
|---|---|
| Dated: March 17, 2021 | **ASHBY & GEDDES, P.A.** |

*/s/ Stacy L. Newman*
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: SNewman@ashbygeddes.com

-and-

**ARNOLD & PORTER KAYE SCHOLER LLP**
Benjamin Mintz (to be admitted *pro hac vice*)
Henry G. Morriello (to be admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8505
Fax: (212) 836-6550
Email: Benjamin.Mintz@arnoldporter.com
Email: Henry.Morriello@arnoldporter.com

*Counsel to Silverpeak Credit Partners, LP*