# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> HENRY FERTILIZER HOLDINGS, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-10562 (CSS) <br><br> **Hearing Date: May 7, 2021 at 11:00 a.m. (ET)** <br> **Objection Deadline: April 28, 2021 at 4:00 p.m. (ET)** |
| In re: <br><br> UNITY ENVIROTECH OF ILLINOIS, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-10563 (CSS) |

### APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, P.C. AS GENERAL BANKRUPTCY COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO MARCH 14, 2021

David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the bankruptcy estates of Henry Fertilizer Holdings, LLC and Unity Envirotech of Illinois, LLC (together, the "Debtors"), hereby files this application (the "Application") pursuant to sections 327(a) and 328 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order authorizing him to retain Archer & Greiner, P.C. ("Archer & Greiner"), as general bankruptcy counsel effective March 14, 2021. In support hereof, the Trustee respectfully represents as follows:

### JURISDICTION

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The

1

predicates for the relief sought herein are sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

## BACKGROUND

2. On March 12, 2021 (the "Petition Date"), the Debtors each filed with this Court a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

3. On March 14, 2021, the Trustee was appointed as trustee of the Debtors' estate pursuant to Bankruptcy Code section 701(a).

4. The section 341(a) meeting of creditors was held on April 13, 2021.

5. Prior to the Petition Date, the Debtors manufactured granulated ammonium sulfate fertilizer products for agricultural use and operated a facility located in Henry, Illinois under the name Centilion Fertilizer Company.

6. The Trustee has decided, subject to this Court's approval, to retain Archer & Greiner as his counsel in connection with the administration of the chapter 7 cases.

## RETENTION OF ARCHER & GREINER

7. In order for the Trustee to properly perform the functions and duties vested in him by the Bankruptcy Code, it is essential that the Trustee have the expertise and advice of experienced bankruptcy counsel to render the following services to the Trustee:

(a) To take all necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on the estates' behalf, the defense of any actions commenced against the estates, the negotiation of disputes in which the Debtors are involved, and the preparation of objections to claims filed against the estates;

(b) To marshal and affect an orderly liquidation of the assets of the Debtors' estates under chapter 7 of the Bankruptcy Code;

(c) To prepare on behalf of the Debtors' estates necessary motions, applications, answers, orders, reports, and papers in connection with the administration and liquidation; and

2

        (d)        To perform other necessary legal services in connection with these chapter 7 cases.

8.        The Trustee believes that Archer & Greiner possesses extensive knowledge and expertise in bankruptcy and related law and that Archer & Greiner is well qualified to represent the Trustee as general bankruptcy counsel in these cases and in any related proceedings.  Archer & Greiner is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

9.        Archer & Greiner maintains a computerized conflict system which contains, *inter alia*, a record of all present and former clients, parties against whom or whose interests Archer & Greiner has or is representing, other parties involved in or related to matters in which Archer & Greiner has been or is involved, and all vendors providing goods and/or services to Archer & Greiner.  The parties searched are attached to the Declaration of Alan M. Root (the "<u>Root Declaration</u>") as **Schedule 1**.

10.        Based upon the conflict search and records, Archer & Greiner does not represent and does not hold any interest adverse to the Debtors' estates or creditors.  The Trustee has been advised that Archer & Greiner has no connection with the Debtors, their creditors or other parties in interest in the cases, other than as described in the Root Declaration filed in conjunction with this Application.  Archer & Greiner is a large firm with a national and regional practice and may represent or may have represented certain of the Debtors' creditors in matters unrelated to these cases.

11.        Because of the extensive legal services that may be necessary in the cases, and the fact that the nature and extent of such services are not entirely known at this time, the Trustee

believes that the employment of Archer & Greiner as counsel is in the best interests of the Debtors' estates.

12. Archer & Greiner has agreed to make appropriate applications to this Court for compensation and reimbursement of expenses in compliance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the General Orders of this Court and any Order entered by this Court in these cases modifying the timing and/or procedures applicable to the payment of interim compensation and reimbursement of expenses. Archer & Greiner will bill at its normal hourly rates. The principal attorneys and paralegals designated to represent the Trustee and their current hourly rates are:

| Attorney/Paralegal | Hourly Rate |
|---|---|
| David W. Carickhoff – Attorney | $625.00 |
| Alan M. Root – Attorney | $490.00 |
| Bryan J. Hall – Attorney | $450.00 |
| Christian Hansen – Paralegal | $220.00 |

These hourly rates are subject to periodic increase in the normal course of Archer & Greiner's business. The particular attorneys and paralegals assigned in these cases will from time to time vary based upon the needs of the engagement. All such professionals will bill at Archer & Greiner's regular hourly rates for similar cases involving work of this nature. These rates are set at a level designed to fairly compensate Archer & Greiner for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is Archer & Greiner's policy to charge its clients in all areas of practice for all other out-of-pocket expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, as well as non-ordinary expenses such as delivery charges. Archer & Greiner will not charge the estate for any secretarial overtime that may be necessary.

4

## NOTICE

Notice of this Application has been provided to: (i) the Office of the United States Trustee, (ii) counsel to the agent for the pre-petition senior secured lenders, and (iii) all parties that have requested pursuant to Fed. R. Bankr. P. 2002 to receive notices in these chapter 7 cases. In light of the nature of the relief requested, the Trustee submits no other or further notice is required.

WHEREFORE, the Trustee requests entry of an order, substantially in the form attached hereto, authorizing him to retain Archer & Greiner as his general bankruptcy counsel in these cases, effective as March 14, 2021, and granting such other and further relief as may be just and proper.

Dated: April 14, 2021            /s/ David W. Carickhoff
                                 DAVID W. CARICKHOFF
                                 Chapter 7 Trustee