**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                      :

**In re**                                    :          **Chapter 7**

                                                      :

**UNITY ENVIROTECH OF ILLINOIS, LLC,**  :          **Case No. 21–10563 (CSS)**

                                                      :

          **Debtor.**                           :

                                                     :

                                                     :

                                                     :
------------------------------------------------------------ x

**FINAL APPLICATION OF PIPER SANDLER & CO. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE
<u>CHAPTER 7 TRUSTEE</u>**

| Name of Applicant: | Piper Sandler & Co. |
|---|---|
| Authorized to Provide Professional Services to: | The Chapter 7 trustee |
| Date of Retention: | March 14, 2021 |
| Amount of Restructuring Fee sought as actual, reasonable, and necessary: | $75,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| This is a(n): __ monthly ___ interim | _X_ final application |

## **SUMMARY OF COMPENSATION SOUGHT**

See Exhibit B attached hereto.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                              :

In re                                       :         Chapter 7

UNITY ENVIROTECH OF ILLINOIS, LLC,  :         Case No. 21–10563 (CSS)

Debtor.

------------------------------------------------------------ x

**FINAL APPLICATION OF PIPER SANDLER & CO. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO
THE CHAPTER 7 TRUSTEE**

Pursuant to sections328(a), and 331 of title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), rule and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Granting the Application of the Chapter 7 Trustee to Employ and Retain Piper Sandler & Co. as Investment Banker as of March 14, 2021, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), and Waiving Certain Timekeeping Requirements of Local Rule 2016-2* [Docket No. 71] (the "**Retention Order**"), Piper Sandler & Co. ("**Piper Sandler**"), as investment banker to the Chapter 7 Trustee (the "**Trustee**") of the above-captioned debtor (the "**Debtor**") hereby files this *Final Application of Piper Sandler & Co. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Chapter 7 Trustee* (the "**Final Application**").[1] By the Final

---

[1] Pursuant to paragraph 7 of the Retention Order, "the requirements of Local Rule 2016-1(k) hereby are waived with respect to Piper Sandler, which may file a final fee application after the sale has closed and

Application, Piper Sandler seeks allowance and approval of a reduced fee, at the request of Silverpeak Credit Partners ("**Silverpeak**"), equal to $75,000.00 for the success fee, as described in the Retention Application. Pursuant to Local Rule 2016-2, this Final Application is supported by the certification of Callie Grossman, which is annexed hereto as **Exhibit A**. In support of this application, Piper Sandler respectfully represents as follows:

## Background

1. On March 12, 2021 (the "**Petition Date**"), the Debtor in the above-captioned case the Debtor filed with this Court a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2. On April 15, 2021, the Trustee filed an application to employ and retain Piper Sandler, effective as of March 14, 2021, as investment banker to the Chapter 7 Trustee [Docket No. 80] (the "**Retention Application**").[2] On May 3, 2021, the Court entered the Retention Order, whereby the Trustee was authorized to retain Piper Sandler effective as of March 14, 2021.

3. The terms and conditions of Piper Sandler's engagement are as follows:

   i. a success fee equal to three percent (3%) of the final net purchase price actually paid to the Trustee following the successful consummation and closing of a sale of the Purchased Assets approved by this Court; and

   ii. reimbursement for reasonable actual and necessary out-of-pocket expenses incurred by Piper Sandler postpetition in connection with the provision of the above-referenced services; provided that, Piper

---

Piper Sandler has completed its services as investment banker to the Trustee." The sale of substantially all of the Debtor's assets has closed and Piper Sandler has completed its services as investment banker to the Trustee.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Retention Application.

Sandler shall obtain the prior consent of the Trustee before incurring any expense in an amount of $2,500 or more.

4. On May 7, 2021, the Court entered an Order approving the sale of the Purchased Assets to Silverpeak. The purchase price for the Purchased Assets was $6 million, consisting of a credit bid of $5.2 million and $800,000 of cash. The sale of the Purchased Assets closed on May 27, 2021.

### Jurisdiction and Venue

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The statutory bases for the relief requested herein are section 328(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-2.

### Relief Requested

8. Pursuant to the Retention Application, Piper Sandler earned a success fee in the amount of $180,000.00, based on a $6 million purchase price for the Purchased Assets. **Exhibit B** provides the calculation for the fee of $180,000.00. On July 21, 2021, Silverpeak requested, and Piper Sandler agreed, to a reduced success fee of $75,000.

9. By this Application, Piper Sandler seeks an Order of the Court: (i) allowing on a final basis (a) total compensation, including the success fee, in the amount of $75,000 and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 and (ii) ordering Silverpeak to pay such amounts.[3]

---

[3] Paragraph five (5) of the Retention Order requires Silverpeak to pay Piper Sandler's approved fees and expenses in the event that Silverpeak is the successful bidder by way of credit bid.

**Summary of Services Performed by Piper Sandler**

10. The Retention Order waives any requirement, pursuant to Local Rule 2016-2 or otherwise, that Piper Sandler maintain time records in connection with its services as investment banker to the Trustee. Notwithstanding the foregoing, Piper Sandler provides the following summary of services provided to the Trustee.

11. The Trustee engaged Piper Sandler as exclusive investment banker to provide investment banking services. Piper Sandler provided the Trustee with investment banking services, including: (a) reviewing and analyzing the Debtor's business, operations and financial projections; (b) contacting potential purchasers; (c) evaluating the Debtor's potential transaction alternatives; (d) facilitating and coordinating diligence with potential purchasers; (e) setting up site visits with potential purchasers; (f) processing calls with potential purchasers; and (g) assisting with negotiations with potential purchasers.

12. In addition, Piper Sandler expended time on administrative matters including, but not limited to: (i) negotiating the terms of its engagement by the Trustee; (ii) preparing its employment application; (iii) attending virtual court hearing; (iv) reviewing various court filings; (v) maintaining and providing access to a virtual data room; (vi) preparing process updates and (vii) attending to other miscellaneous tasks relating to case administration that do not fall into the other categories listed herein. Piper Sandler has also coordinated any such services performed at the Trustee's request with services of any other advisors and counsel, as appropriate, in an effort to avoid duplication of efforts.

### Representation Regarding Compliance with Local Rules

13. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements, as modified by the Retention Order.

### Notice

14. Piper Sandler has provided notice of this Application to all parties required to receive such notice. In light of the nature of the relief requested herein, Piper Sandler respectfully submits that no further notice is necessary.

### Conclusion

WHEREFORE, Piper Sandler requests entry of an Order: (i) allowing on a final basis (a) total compensation, including the success fee, in the amount of $75,000 and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 and (ii) ordering Silverpeak to pay such amounts.

Dated: July 26, 2021
Minneapolis, Minnesota

*/s/ Callie Grossman*
Callie Grossman
Director
Piper Sandler & Co.