**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **UNITY ENVIROTECH OF ILLINOIS LLC** | |
| | **CASE NO. 21-10563** |
| **Debtor(s).** | **RE: Docket No. 166** |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED.**

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $220,624.32 is reasonable compensation for the services in this case by David Carickhoff, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

**Dated: September 16th, 2025**
**Wilmington, Delaware**